IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 123-031 |
| | ) | |
| DUSTIN SHANE WEBSTER | ) | |

**O R D E R**

At his initial appearance on April 25, 2023, Defendant appeared confused and was partially noncompliant when asked questions. As the hearing progressed, Defendant increasingly became more noncompliant, and the Court expressed concern regarding his competency and need for a psychiatric evaluation pursuant to 18 U.S.C. §§ 4241, *et seq.* Before ordering an evaluation, however, the Court will appoint counsel and schedule a hearing to discuss the issue further.

The Court **STAYS** all proceedings with respect to Defendant, including pre-trial motions, pending determination of whether a psychiatric evaluation should be conducted. **IT IS FURTHER ORDERED** that the period of time between Defendant's initial appearance and the Court's determination is excludable from calculation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(l)(A).

SO ORDERED this 27th day of April, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA