IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 123-031 |
| | ) | |
| DUSTIN SHANE WEBSTER | ) | |

**O R D E R**

During the September 27, 2023 competency hearing, defense counsel moved for court authorization of subpoenas to obtain Defendant's medical records. The government did not object. The Court **GRANTS** the unopposed motion, (doc. no. 27), and **DIRECTS** the **CLERK** to issue the requested subpoenas to defense counsel.

Pursuant to Fed. R. Crim. P. 17(c)(1), the subpoenas may direct the witnesses to produce the designated items in advance of the next competency hearing to the Clerk of Court, Federal Justice Center, 600 James Brown Boulevard, Augusta, Georgia, 30901. Upon receipt of the subpoenaed documents, the Clerk shall annotate the docket as to the date of receipt, but the documents shall not be entered in the record. In accordance with Fed. R. Crim. P. 17(c)(1), the parties and their attorneys may inspect the subpoenaed items at the Clerk's Office on dates and times to be coordinated with the Clerk.

SO ORDERED this 5th day of October, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA